UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOE FRANCIS,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC.,<br><br>Defendant. | Case No. 6:24-cv-00473-JCB-JDL<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff JOE FRANCIS ("Plaintiff") and Defendant TRANS UNION, LLC., ("TRANS UNION" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to TRANS UNION once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: January 19, 2025    By:    */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
The Law Offices of Jeffrey Lohman, PLLC
2325 Camelback Road, Suite 400
Phoenix, AZ 85016
Email: jeffl@jlohman.com
Phone: (602) 461-7404
Attorneys for Plaintiff,
JOE FRANCIS

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC.**

## **CERTIFICATE OF SERVICE**

I certify that on January 19, 2025, I served Plaintiff JOE FRANCIS's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
The Law Offices of Jeffrey Lohman, PLLC
2325 Camelback Road, Suite 400
Phoenix, AZ 85016
Email: jeffl@jlohman.com
Phone: (602) 461-7404
Attorneys for Plaintiff,
JOE FRANCIS