UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00473

———

**Joe Francis,**
*Plaintiff,*

v.

**TransUnion, LLC,**
*Defendant.*

———

**O R D E R**

Plaintiff has filed a purported notice of dismissal (Doc. 12). However, because defendant has already filed an answer (Doc. 8), the court construes this notice as a voluntary motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). Since defendant has not pleaded any counterclaim and would not be prejudiced by dismissal, plaintiff's motion (Doc. 12) is granted and this case is dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on March 19, 2025.*

J. Campbell Barker
United States District Judge